IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSHUA SCHULZ, YVONNE SCHULZ, | § § § | |
| *Plaintiffs,* | § § § | SA-22-CV-00670-OLG |
| vs. | § § § | |
| THE CITY OF LA VERNIA, TEXAS, THE CITY OF LA VERNIA CITY ADMINISTRATOR, THE CITY OF LA VERNIA, PUBLIC INFORMATION OFFICER, LA VERNIA POLICE DEPARTMENT, LVPD CHIEF OF POLICE, LVPD SERGEANT FNU KEIL, FORMER LVPD OFFICER ERIK DOYLE, THE COUNTY OF WILSON, TEXAS, JUSTICE OF THE PEACE 3 JUDGE, TEXAS ATTORNEY GENERAL, EX PARTE, | § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned ordered service of Plaintiffs' Complaint on some of the named Defendants and recommended dismissal of Plaintiffs' claims against other Defendants as frivolous. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 26th day of September, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE